UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-290-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIP GRAHAM ROSE | **ORDER TO SEAL** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry 50 be sealed until further Order of the Court.

SO ORDERED.

This the **27** day of October, 2014.

                                              Honorable James C. Dever III
                                              Chief United States District Judge