IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-290-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PHILLIP G. ROSE, | ) | |
| | ) | |
| Defendant. | ) | |

Phillip G. Rose seeks a sentence reduction through early release and house arrest for the balance of his sentence [D.E. 61]. The United States shall file a response no later than May 22, 2017.

SO ORDERED. This **20** day of April 2017.

JAMES C. DEVER III
Chief United States District Judge