IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-290-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PHILLIP GRAHAM ROSE, | ) | |
| | ) | |
| Defendant. | ) | |

Phillip Graham Rose filed a motion for a sentence modification to home confinement [D.E. 61]. On April 26, 2017, the government responded to the motion [D.E. 63]. Defendant's motion for a sentence modification to home confinement [D.E. 61] is DENIED without prejudice. Defendant needs to direct his request to the Bureau of Prisons.

SO ORDERED. This __26__ day of April 2017.

JAMES C. DEVER III
Chief United States District Judge